# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA REBECCA GARCIA and ANNA SOFIA GARCIA,<br><br>      Plaintiffs<br><br>v.<br><br>HOBBY LOBBY STORES INC. and 601-699 WHITNEY RANCH CENTER, LLC,<br><br>      Defendants | Case No.: 2:23-cv-00134-APG-BNW<br><br>**Order to Show Cause Why This Action Should Not Be Remanded for Lack of Subject Matter Jurisdiction** |

Defendant 601-699 Whitney Ranch Center, LLC removed this action from state court based on diversity jurisdiction. ECF No. 1.  However, Whitney Ranch did not identify the citizenship of its members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").  Additionally, it is unclear from Whitney Ranch's notice of removal where defendant Hobby Lobby Stores, Inc. is incorporated and has its principal place of business because Whitney Ranch states only that Hobby Lobby is "domiciled" in Oklahoma. ECF No. 1 at 3; see also 28 U.S.C. § 1332(c)(1).  Without that information, I cannot determine whether complete diversity exists to support diversity jurisdiction.

I THEREFORE ORDER that defendant 601-699 Whitney Ranch Center, LLC shall show cause, in writing, why this action should not be remanded for lack of subject matter jurisdiction. Failure to respond to this order by February 17, 2023 will result in remand to state court.

DATED this 26th day of January, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE