# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA REBECCA GARCIA and ANNA SOFIA GARCIA,<br><br>Plaintiffs<br><br>v.<br><br>HOBBY LOBBY STORES INC. and 601-699 WHITNEY RANCH CENTER, LLC,<br><br>Defendants | Case No.: 2:23-cv-00134-APG-BNW<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant 601-699 Whitney Ranch Center, LLC's response to the order to show cause (ECF No. 7),

I ORDER that the order to show cause (ECF No. 5) is satisfied, and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 15th day of February, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE