DAVID S. LEE, ESQ.
Nevada Bar No. 6033
CHARLENE N. RENWICK, ESQ.
Nevada Bar No. 10165
LEE, LANDRUM & INGLE
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
T: (702) 880-9750
F: (702) 314-1210
dlee@lee-lawfirm.com
crenwick@lee-lawfirm.com

*Attorneys for Defendant*
*601-699 Whitney Ranch Center, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNA REBECCA GARCIA, individually, and as heir, and as Special Administrator of the Estate of Decedent Enrique Alberto Garcia; ANNA SOFIA GARCIA, an individual;<br><br>Plaintiffs,<br>v.<br><br>HOBBY LOBBY STORES INC, a foreign corporation; 601-699 WHITNEY RANCH CENTER, LLC, a foreign limited liability company; ROE CONTRACTORS I through X, inclusive; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.   2:23-cv-00134-APG-BNW<br><br>**601-699 WHITNEY RANCH CENTER, LLC'S MOTION TO SUBSTITUTE ATTORNEYS** |
| HOBBY LOBBY STORES, INC.,<br><br>Cross-Claimant,<br>v.<br><br>609-699 WHITNEY RANCH CENTER, LLC,<br><br>Cross-Defendant. | |

Defendant 601-699 WHITNEY RANCH CENTER, LLC ("WRC"), hereby moves to substitute attorneys. RAY LEGO & ASSOCIATES agrees to substitute out as counsel for WRC and LEE, LANDRUM & INGLE agrees to substitute in as counsel of record for the same.

| | |
|---|---|
| DATED: May 6, 2024 | DATED: May 6, 2024 |
| LEE, LANDRUM & INGLE | RAY LEGO & ASSOCIATES |
| /s/ Charlene N. Renwick | /s/ Timothy F. Hunter |
| DAVID S. LEE, ESQ.<br>Nevada Bar No. 6033<br>CHARLENE N. RENWICK, ESQ.<br>Nevada Bar No. 10165<br>7575 Vegas Drive, Suite 150<br>Las Vegas, NV 89128 | TIMOTHY F. HUNTER, ESQ.<br>Nevada Bar No. 010622<br>7450 Arroyo Crossing Parkway, Suite 250<br>Las Vegas, NV 89113 |
| DATED: May 6, 2024 | |
| 601-699 WHITNEY RANCH CENTER, LLC | |
| /s/ D. Clayton Mayes | |
| D. CLAYTON MAYES | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 14, 2024

# CERTIFICATE OF SERVICE

Pursuant to Rule 9(b) of the Nevada Electronic Filing and Conversion Rules, I certify that a copy of the foregoing **601-699 WHITNEY RANCH CENTER, LLC'S MOTION TO SUBSTITUTE ATTORNEYS**, was electronically served using the Court's CM/ECF System on this case in the United States District Court Electronic Filing System on May 7, 2024:

| Attorney | Contact Info. | Party |
|---|---|---|
| David T Gluth, II, Esq.<br>Jacob S. Smith, Esq.<br>HENNESS & HAIGHT<br>8972 Spanish Ridge Avenue<br>Las Vegas, NV 89148 | T: 702-862-8200<br>F: 702-862-8204<br>david@hennessandhaight.com<br>jake@hennessandhaight.com | *Attorneys for Plaintiffs* |
| Michael R. Hall, Esq.<br>HALL JAFFE, LLP<br>7425 Peak Dr<br>Las Vegas, NV 89128 | T: 702-316-4111<br>F: 702-316-4114<br>mhall@halljaffe.com | *Attorneys for Hobby Lobby Stores, Inc.* |
| Timothy F. Hunter, Esq.<br>RAY LEGO & ASSOCIATES<br>7450 Arroyo Crossing Parkway<br>Suite 250<br>Las Vegas, NV 89113 | T: 702-479-4350<br>F: 702-270-4602<br>tfhunter@travelers.com | *Withdrawing Attorney for 601-699 Whitney Ranch Center, LLC* |

                     */s/ Holly Woodard*
                An employee of LEE, LANDRUM & INGLE

LEE, LANDRUM & INGLE
7575 VEGAS DRIVE, SUITE 150
LAS VEGAS, NV 89128
(702) 880-9750