DAVID S. LEE, ESQ.
Nevada Bar No. 6033
CHARLENE N. RENWICK, ESQ.
Nevada Bar No. 10165
LEE, LANDRUM & INGLE
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
T: (702) 880-9750
F: (702) 314-1210
dlee@lee-lawfirm.com
crenwick@lee-lawfirm.com

*Attorneys for Defendant*
*601-699 Whitney Ranch Center, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA REBECCA GARCIA, individually, and as heir, and as Special Administrator of the Estate of Decedent Enrique Alberto Garcia; ANNA SOFIA GARCIA, an individual;<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>HOBBY LOBBY STORES INC, a foreign corporation; 601-699 WHITNEY RANCH CENTER, LLC, a foreign limited liability company; ROE CONTRACTORS I through X, inclusive; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　　　Defendants.<br><hr>HOBBY LOBBY STORES, INC.,<br><br>　　　　　　　　Cross-Claimant,<br><br>v.<br><br>609-699 WHITNEY RANCH CENTER, LLC,<br><br>　　　　　　　　Cross-Defendant. | Case No.　2:23-cv-00134-APG-BNW<br><br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, ANNA REBECCA GARCIA, individually, and as heir, and as Special Administrator of the Estate of Decedent Enrique Alberto Garcia; ANNA SOFIA GARCIA, an individual, by and through their attorneys, HENNESS &

HAIGHT, and Defendant HOBBY LOBBY STORES INC, by and through its attorneys, HALL JAFFE, LLP and Defendant 601-699 WHITNEY RANCH CENTER, LLC, by and through its attorneys, LEE, LANDRUM & INGLE, that all claims, including but not limited to, all complaints, claims, cross-claims, counterclaims and/or third-party claims by, among and between the parties that were, or could have been asserted in this action, be dismissed with prejudice and that this action be dismissed with prejudice in its entirety, with each party to bear their respective attorneys' fees and costs.

| | |
|---|---|
| DATED: January 9, 2025<br><br>HENNESS & HAIGHT<br><br>/s/ Jacob S. Smith<br>_____<br>JACOB S. SMITH, ESQ.<br>Nevada Bar No. 10231<br>DAVID T. GLUTH, ESQ.<br>Nevada Bar No. 10596<br>8972 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiffs* | DATED: January 9, 2025<br><br>HALL JAFFE, LLP<br><br>/s/ Michael R. Hall<br>_____<br>MICHAEL R. HALL, ESQ.<br>Nevada Bar No. 5978<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant/Cross-Claimant Hobby Lobby Stores, Inc.* |
| DATED: January 9, 2025<br><br>LEE, LANDRUM & INGLE<br><br>/s/ Charlene N. Renwick<br>_____<br>DAVID S. LEE, ESQ.<br>Nevada Bar No. 6033<br>CHARLENE N. RENWICK, ESQ.<br>Nevada Bar No. 10165<br>7575 Vegas Drive, Suite 150<br>Las Vegas, NV 89128<br>*Attorneys for Defendant/Cross-Defendant 601-609 Whitney Ranch Center, LLC* | |

IT IS SO ORDERED:

Dated: January 10, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE